UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:19-CV-64-BO

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| COTTLE STRAWBERRY NURSERY, INC., | ) ) ) | |
| Defendant. | ) ) | |

The Court has been advised that the parties have reached a complete settlement of the case. The parties are therefore DIRECTED to file a stipulation of dismissal within forty-five (45) days of the date of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the forty-five day period.

SO ORDERED, this _____ day of February 2020.


_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE